SUCESIÓN RODRÍGUEZ, DEMANDANTE Y APELADA *v.* SUCESIÓN TORRES, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en caso sobre nulidad de procedimiento ejecutivo hipotecario.

Moción de la demandante y apelada para que se desestime la apelación.

No. 1392.—Resuelto en noviembre 8, 1915.

APELACIÓN—APELACIÓN INTERPUESTA A NOMBRE DE UNA SUCESIÓN—HEREDEROS PERJUDICADOS POR LA SENTENCIA—PARTE INTERESADA.—Cuando en la demanda se alega que las personas demandadas constituyen la sucesión de otra, por ser sus herederos, la sentencia que se pronuncie contra alguna de ellas afecta a las demás, y por tanto a la sucesión de dicha persona, por lo que una apelación establecida a nombre de la sucesión es la apelación a nombre de todos los demandados, sin que sea necesario que la apelación la interponga individualmente alguno de los herederos perjudicados por la sentencia.

Los hechos están expresados en la opinión.

Abogados de la demandante: *Sr. José G. Torres.*

Abogados de la demandada: *Sr. José Tous Soto y Manuel Tous Soto.*

EL JUEZ ASOCIADO SR. ALDREY emitió la opinión del Tribunal.

Este pleito se estableció contra la Sucesión de Manuel Torres, compuesta de la viuda e hijos cuyos nombres se relacionan en la demanda. Dictada sentencia declarando nulo cierto procedimiento judicial seguido por Manuel Torres en cobro de hipoteca, así como la adjudicación que en él se le hizo de cierta finca y que tres de los herederos demandados a quienes fué adjudicada en las operaciones de partición de herencia la devuelvan a la sucesión demandante, se interpuso contra ella a nombre de la Sucesión de Manuel Torres el presente recurso de apelación cuya desestimación solicita la parte apelada fundándose en que no lo interpuso individualmente alguno de los tres herederos perjudicados por la sentencia.

Alegándose en la demanda que las personas demandadas constituyen la sucesión de otra, por ser sus herederas, la sentencia que se pronuncie contra alguna de ellas afecta a las demás y por tanto a la sucesión de dicha persona, por lo que la apelación establecida a nombre de la sucesión es la apelación a nombre de todos los demandados.

La moción debe ser desestimada.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.

El Juez Asociado Sr. Hutchison no intervino.